IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONAN LEE THOMAS,<br><br>Plaintiff,<br><br>vs.<br><br>NORRIS SCHOOL DISTRICT 160,<br><br>Defendant. | 8:22CV179<br><br>ORDER |

This matter is before the Court on numerous motions filed by Plaintiff, who is proceeding *pro se*. (Filing Nos. 9, 10, 11, 12, 13, and 14.)

Two of Plaintiff's motions, Filing Nos. 9 and 14, request that the Court allow Plaintiff to proceed in this action without payment of costs. However, Plaintiff did not submit a financial affidavit or other proof of inability to pay for the costs of this litigation. Therefore, these motions (Filing Nos. 9 and 14) are denied.

Plaintiff also submitted two motions seeking discovery (Filing Nos. 10 and 11). This case was filed on May 16, 2022. A motion to dismiss is pending and the parties have not submitted a Rule 26(f) Report. A progression order has not been entered and the Court has not authorized the commencement of discovery, nor will the Court do so at this time. Therefore, Filing Nos. 10 and 11 are denied without prejudice to reassertion at a later time.

Plaintiff also filed a motion for a hearing (Filing No. 12). However, it is unclear why Plaintiff wants a hearing. Therefore, this motion is also denied.

Finally, Plaintiff filed a motion requesting that Defendant's motion to dismiss be denied. (Filing No. 13). The motion sets out new claims and asks that these claims be added to this case. In addition to an objection to the motion to dismiss, the Court construes this motion as a request to amend the Complaint. If Plaintiff wants additional claims to be considered, all claims must be set out in an amended pleading—not just in a document asking the Court to consider additional things. Further, Plaintiff is advised that requests to file amended pleadings must be done in accordance with the Federal Rules of Civil Procedure and the local rules of this Court. Therefore, Plaintiff's motion found at Filing No. 13 is denied.

**IT IS SO ORDERED.**

Dated this 15th day of June, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge